IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LLOYD BATTLES, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. H-05-517 |
| § | Criminal Action No. H-02-373-3 |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |
| § | |

FINAL JUDGMENT

As Lloyd Battles's Motion to Vacate, Set Aside, or Correct Sentence has been denied and the United States of America's Motion to Dismiss has been granted the court hereby,

DISMISSES Lloyd Battles's section 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 22nd day of July, 2005.

_____

DAVID HITTNER

United States District Judge